MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 812411)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 14-149 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | ) |
| IMRAN HUSAIN, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 16(d), the United States and the defendant, through undersigned counsel, hereby stipulate and agree that the Court should issue the proposed Protective Order requiring that all documents and other materials produced by the government to the defendants be subject to the following conditions:

    1.    <u>Protected Material</u>

The government anticipates producing a large volume of documents in this case. Portions of the discovery include confidential information relating to third parties.

To expedite discovery, and avoid any potential delay which might result from redacting all confidential information from the documents prior to their production, the parties have agreed that, at present, all documents and materials produced by the government shall be deemed "Protected Material."

Possession of copies of the Protected Material shall be limited to the defendant and his attorneys,

STIPULATION AND PROPOSED PROTECTIVE ORDER

including any investigators, paralegals, law clerks, assistants and other persons who are within the attorney-client privilege (hereinafter collectively referred to as "members of the defense team"). The defendant, his attorneys and the members of his defense team may use the Protected Material for any purpose consistent with defending against the allegations in the Indictment. The defendant, his attorneys and the members of his defense team may show the Protected Material to witnesses or prospective witnesses in conjunction with their defense of this case. The defendant, his attorneys and the members of his defense team agree not to share, duplicate or give copies of the Protected Material to other persons, however.

Pursuant to Fed. R. Crim. P. 16(d)(1), the parties may, for good cause shown, seek an order modifying this Protective Order to, for example, exclude certain documents from the category of Protected Material, and nothing about this stipulation and order shall constrain the ability of the parties to seek, or the ability of the Court to grant, such relief.

2. <u>Court Filings</u>

The parties further agree that they will make good faith efforts to undertake all reasonable and practicable steps to prevent the public disclosure in court filings of confidential information (including, but not limited to, social security numbers, phone numbers, addresses, email addresses, driver license numbers) that is contained in the Protected Material. Such steps may include, but are not limited to, filing under seal, redacting or coding the information.

3. <u>Return of Protected Material</u>

The defendant, his attorneys and the members of his defense team shall return all Protected Material provided pursuant to this Protective Order to the government within ninety (90) calendar days after any one of the following events, whichever occurs latest in time: (a) dismissal of all charges against the defendant; (b) defendant's acquittal after trial by court or jury; (c) if defendant is convicted, the expiration of the time period in which a direct appeal may be taken; (d) if a direct appeal is taken, the date on which any such appeal is finally determined; and, (e) expiration of time for the defendant's application for habeas corpus relief.

The government will maintain a copy of all Protected Material in compliance with its normal document retention policies.

STIPULATION AND PROPOSED PROTECTIVE ORDER

IT IS SO STIPULATED.

DATED: May 8. 2014

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

DATED: May 8. 2014

/s/
VICTOR SHERMAN
Counsel for Defendant Imran Husain

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  5/9/14

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED PROTECTIVE ORDER