1  VICTOR SHERMAN (S.B.N. 38483)
   SHERMAN & SHERMAN
2  A Professional Law Corporation
   2115 Main Street
3  Santa Monica, California 90405

4  Telephone: (310) 399-3259
   Facsimile:  (310) 392-9029
5  Email:      ssvictor@aol.com

6  Attorney for Defendant
   IMRAN HUSAIN
7

8
   **UNITED STATES DISTRICT COURT**
9
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 UNITED STATES OF AMERICA,       )   Case No.: CR 14-149-RS
                                   )
12              Plaintiff,         )   STIPULATION TO CONTINUE
                                   )   STATUS CONFERENCE
13       vs.                       )   REGARDING EXCLUDABLE TIME
                                   )   PERIODS UNDER SPEEDY TRIAL
14 IMRAN HUSAIN,                   )   ACT; ~~PROPOSED~~ ORDER
                                   )
15              Defendant.         )
   _____ )
16

17

18

19      IT IS HEREBY STIPULATED by and between defendant, Imran Husain,

20 by and through his counsel of record, Victor Sherman,  and plaintiff, United States

21 of America, by and through its counsel of record, Benjamin Kingsley, hereby

22 stipulate as follows:

23      1.   By previous order, this matter was set for status on June 24, 2014 at

24           2:30 p.m.

25      2.   By this Stipulation, the parties now move to continue the status

26           conference until August 12, 2014 at 2:30 p.m. and to exclude time

27           between June 24, 2014 and August 12, 2014, under 18 U.S.C.

28           §3161(h)(7)(A); B(iv).

|   |   |   |
|---|---|---|
| 1 | 3. | The parties agree and stipulate and request that the Court find the following: |
| 2 |    |    |
| 3 |    | a. The government has represented that the initial discovery has been provided and is continuing to prepare additional discovery in this matter.  Discovery is ongoing at this time, but is not complete. |
| 7 |    | b. Defense counsel, Victor Sherman, is unavailable during the month of July as he is scheduled to be in a trial starting July 1, 2014 and expected to go the entire month. |
| 10 |   | c. Counsel for the defendant needs additional time for investigation and preparation. Counsel for defendant is continuing to investigate the matter.  Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence. |
| 17 |   | d. The government does not object to the continuance and agrees a continuance is necessary due to the ongoing voluminous discovery review. |
| 20 |   | e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 24 |   | f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of June 24, 2014 to August 12, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. §316(h)(7)(A), |


1  3. The parties agree and stipulate and request that the Court find the
2     following:
3        a.  The government has represented that the initial discovery has
4            been provided and is continuing to prepare additional discovery
5            in this matter.  Discovery is ongoing at this time, but is not
6            complete.
7        b.  Defense counsel, Victor Sherman, is unavailable during the
8            month of July as he is scheduled to be in a trial starting July 1,
9            2014 and expected to go the entire month.
10       c.  Counsel for the defendant needs additional time for
11           investigation and preparation. Counsel for defendant is
12           continuing to investigate the matter.  Counsel for defendant
13           believes that failure to grant the above-requested continuance
14           would deny them the reasonable time necessary for effective
15           preparation and resolution, taking into account the exercise of
16           due diligence.
17       d.  The government does not object to the continuance and agrees
18           a continuance is necessary due to the ongoing voluminous
19           discovery review.
20       e.  Based on the above-stated findings, the ends of justice served
21           by continuing the case as requested outweigh the interest of the
22           public and the defendant in a trial within the original date
23           prescribed by the Speedy Trial Act.
24       f.  For the purpose of computing time under the Speedy Trial Act,
25           18 U.S.C. §3161, et seq., within which trial must commence,
26           the time period of June 24, 2014 to August 12, 2014, inclusive,
27           is deemed excludable pursuant to 18 U.S.C. §316(h)(7)(A),
28

B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's interest in a speedy trial.

4. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 24, 2014                    Respectfully submitted,

                                        SHERMAN & SHERMAN
                                        A Professional Law Corporation

                                        /s/Victor Sherman
                                By:     _____
                                        VICTOR SHERMAN
                                        Attorney for Defendant
                                        Imran Husain


                                        /s/Benjamin Kingsley
DATED: June 24, 2014            By:     _____
                                        BENJAMIN KINGSLEY
                                        Assistant United States Attorney


**(~~PROPOSED~~) ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 24, 2014                    _____
                                        HON. RICHARD SEEBORG
                                        United States District Judge

3