1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 812411)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6937
        FAX: (415) 436-7234
7       Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 14-149 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER |
| v. | ) |
| IMRAN HUSAIN, | ) |
| Defendants. | ) |

The parties request that the status conference currently set for September 30, 2014 at 2:30pm be continued until October 14, 2014 at 2:30pm. The parties further request that time between September 30, 2014 and October 14, 2014 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). Excluding time until October 14, 2014 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: September 29 2014              /s/
                                      BENJAMIN KINGSLEY
                                      Assistant United States Attorney

DATED: September 29. 2014             /s/
                                      VICTOR SHERMAN
                                      GEORGE NEWHOUSE
                                      Counsel for Defendant Imran Husain

STIPULATION AND ORDER TO EXCLUDE TIME

1 [~~PROPOSED~~] ORDER

2    The status hearing scheduled for September 30, 2014 at 2:30pm is continued until October 14, 2014 at 2:30pm.  The Court finds that the exclusion of the period from September 30, 2014 and October 14, 2014 from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

DATED: 9/30/14

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXCLUDE TIME