VICTOR SHERMAN (S.B.N. 38483)
Attorney at Law
A Professional Law Corporation
2115 Main Street
Santa Monica, California 90405

Telephone: 310/399-3259
Facsimile: 310/392-9029
Email: ssvictor@aol.com

Attorney for Defendant
IMRAN HUSAIN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 14-149-RS |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| IMRAN HUSAIN, | |
| Defendant. | |

GOOD CAUSE APPEARING, the Court order that Mr. Husain may travel outside the Northern District and the Central District of California to Democratic Republic of Congo as set forth in the itinerary provided to the U.S. Attorney's Office, and as approved by Pre-Trial Services Agency.

IT IS SO ORDERED.

DATED: February 17, 2015

_____
HON. RICHARD SEEBORG
United States District Judge