1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (CABN 314192)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6937
7      Fax: (415) 436-7234
       benjamin.kingsley@usdoj.gov
8
   Attorneys for the United States
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           ) CASE NO: CR 14-00149 RS
                                       )
14       Plaintiff,                    ) STIPULATION TO VACATE SENTENCING AND
                                       ) [PROPOSED] ORDER
15    v.                               )
                                       )
16 IMRAN HUSAIN,                       )
                                       )
17       Defendant.                    )
                                       )
18 _____ )

19        Sentencing for defendant is currently set for October 24, 2017, at 2:30 p.m. The parties have

20 previously stipulated to continue this sentencing several times. As explained in prior stipulations,

21 defendant entered into a cooperation agreement with the government and his cooperation is continuing

22 as part of the government's ongoing investigation into securities fraud and obstruction of the Securities

23 and Exchange Commission by defendant and other individuals, including Gregg Jaclin.

24        On May 18, 2017, Gregg Jaclin was indicted for conspiracy, securities fraud, false SEC filings,

25 concealment of material facts from a government agency, false statements, and obstruction, all as part of

26 an overarching scheme and conspiracy in which Jaclin and Husain participated together. *United States*

27 *v. Gregg Jaclin*, CR 17-281 RS, Dkt. 1. On August 31, 2017, this Court related *United States v. Jaclin*

28 to *United States v. Husain*. CR 17-281 RS, Dkt. 22. A status conference is scheduled before this Court

STIPULATION AND [PROPOSED] ORDER TO VACATE SENTENCING
CR 14-00149 RS

for Jaclin on November 7, 2017.

     Husain's cooperation is part of the case against Jaclin. Under the terms of his cooperation plea agreement, Husain is required to continue to aid the government in the prosecution of Jaclin and testify at trial, and the government expects that he will do so should Jaclin's case go to trial. Therefore, the parties jointly request that Husain's sentencing date be vacated at this time, and a status conference be set for April 24, 2018. Should Jaclin's case conclude or be resolved in advance of that date, the parties will meet and confer to request a date for sentencing.

     IT IS SO STIPULATED.

Dated: October 2, 2017             /s/
                                       BENJAMIN KINGSLEY
                                       Assistant United States Attorney

Dated: October 2, 2017             /s/
                                       GEORGE NEWHOUSE
                                       Counsel for Defendant Imran Husain

[~~PROPOSED~~] ORDER

The sentencing hearing scheduled for October 24, 2017, at 2:30 p.m. is vacated. A status conference is scheduled for April 24, 2018, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 10/2/17

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO VACATE SENTENCING
CR 14-00149 RS                                    2