```
 1  ALEX G. TSE (CABN 152348)
    Acting United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  BENJAMIN KINGSLEY (CABN 314192)
    Assistant United States Attorneys
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6937
 7      Fax: (415) 436-7234
        benjamin.kingsley@usdoj.gov
 8
    Attorneys for the United States
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 14-00149 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE AND [PROPOSED] ORDER |
| v. | ) |
| IMRAN HUSAIN, | ) |
| Defendants. | ) |

Defendant Husain has pleaded guilty and is cooperating with the government in the related case of *United States v. Gregg Jaclin*, CR 17-281 RS. The *Husain* case is currently set for a status conference on April 24, 2018. The *Jaclin* case is still pending pretrial, and is set for a status conference on May 15, 2018, to determine next steps. Because Husain is expected to testify should *Jaclin* go to trial, the parties jointly request that Husain's status conference be continued until September 25, 2018, at 2:30 p.m. Should *Jaclin* conclude or be resolved in advance of that date, the parties will meet and

//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 14-00149 RS                                                      1

confer to request an earlier date for sentencing.

IT IS SO STIPULATED.

Dated: April 17, 2018

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

Dated: April 17, 2018

/s/
GEORGE B. NEWHOUSE, JR.
Counsel for Defendant Imran Husain

[~~PROPOSED~~] ORDER

The status conference scheduled for April 24, 2018, at 2:30 p.m. is continued to September 25, 2018, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 4/17/18

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE