ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    Fax: (415) 436-7234
    benjamin.kingsley@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IMRAN HUSAIN, <br><br> Defendants. | CASE NO: CR 14-00149 RS <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND [~~PROPOSED~~] ORDER |

    Defendant Husain has pleaded guilty and has been cooperating with the government in the related case of *United States v. Gregg Jaclin*, CR 17-281 RS. Husain is currently set for a status conference on November 13, 2018. To allow time for the parties to evaluate next steps with respect to continued cooperation, the parties jointly request that Husain's status conference be continued until February 5, 2019, at 2:30 p.m.

    IT IS SO STIPULATED.

Dated: November 9, 2018                              /s/
                                                       BENJAMIN KINGSLEY
                                                       Assistant United States Attorney

Dated: November 9, 2018                              /s/
                                                       GEORGE NEWHOUSE
                                                       Counsel for Defendant Imran Husain

**[~~PROPOSED~~] ORDER**

The status conference scheduled for November 13, 2018, at 2:30 p.m. is continued to February 5, 2019, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 11/9/18

HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 14-00149 RS                              2