1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

5

6 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937

7 |     FAX: (415) 436-7234
    benjamin.kingsley@usdoj.gov

8

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 14-149 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO SCHEDULE SENTENCING HEARING AND ORDER |
| v. | ) |
| IMRAN HUSAIN, | ) |
| Defendants. | ) |

Defendant Husain has pleaded guilty and has been cooperating with the government in the related case of *United States v. Gregg Jaclin*, CR 17-281 RS. The parties are scheduled to appear on June 11, 2019, for a status conference regarding sentencing. The parties are request that the status conference be vacated and that a sentencing hearing be scheduled for October 8, 2019, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: June 7, 2019                                                     /s/
                                                                       BENJAMIN KINGSLEY
                                                                       Assistant United States Attorney

DATED: June 7, 2019                                                     /s/
                                                                        GEORGE NEWHOUSE
                                                                       Counsel for Defendant Imran Husain

STIPULATION AND [PROPOSED] ORDER TO SCHEDULE SENTENCING HEARING
CR 14-149 RS                                                          1

ORDER

The status conference scheduled for June 11, 2019, at 2:30 p.m. is vacated. A sentencing hearing is scheduled for October 8, 2019, at 2:30 p.m.

IT IS SO ORDERED.

DATED: June 7, 2019

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE