UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 12, 2019   **Time:** 19 minutes   **Judge:** RICHARD SEEBORG

**Case No.:** 14-cr-00149-RS-1   **Case Name:** USA v. Imran Husain

**Attorney for Government:** Ben Kingsley
**Attorney for Defendant:** George Newhouse
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew
**Interpreter:** n/a

**Court Reporter:** Kathy Sullivan
**Probation Officer:** Brian Casai

## PROCEEDINGS

Sentencing Hearing Held.

## SUMMARY

The defendant is hereby placed on Probation for 3 years.  The defendant is ordered to pay a special assessment in the amount of $100, and a fine in the amount of $5,500.  Defendant is not subject to International restrictions.  Defense counsel shall submit a proposed order exonerating bond and for the return of defendant's passport.  Government's motion to dismiss remaining counts is granted.  (see judgment for specifics)