George B. Newhouse, Esq. (State Bar No. 107036)
gnewhouse@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Defendant, Imran Husain

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br>     Plaintiff, <br><br> vs. <br><br> IMRAN HUSAIN,, <br><br>     Defendant. | Case No. CR 14-149 RS <br><br> AMENDED <br> [~~PROPOSED~~] **ORDER FOLLOWING SENTENCING OF DEFENDANT** |

**GOOD CAUSE APPEARING**, and in order to implement the Court's rulings that occurred during the sentencing of the Defendant, IMRAN HUSAIN in open Court on November 12, 2019, the Court **ORDERS** as follows:

1. Defendant's Bond shall be exonerated forthwith and all cash deposits plus Interest shall be returned to Defendant.
2. Defendant's U.S. Passport in the possession of Pre-Trial Services shall be returned to Defendant.
3. Any restrictions on Defendants' travel, including international travel, are vacated per the Court's Order exonerating bond, as well as any conditions of bail. Defendant shall comply with any and all instructions and procedures by his Probation Officer with respect to, *inter alia*, travel.

1    **IT IS SO ORDERED**.

2
    Dated: November 20, 2019                    _____
3
                                                HON. RICHARD SEEBORG
4                                               UNITED STATES DISTRICT JUDGE

5

6

7    APROVED AS TO FORM:

8    /s/ Benjamin Kingsley

9    BENJAMIN KINSGSLEY

10   Assistant U. S. Attorney